IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>VS.<br><br>TYLER A. ELDRIDGE | CASE NO. 23-mj-90021-KGG |

## INFORMATION

The United States Attorney charges that:

### COUNT 1

On or about February 2, 2023, at Fort Riley, Kansas, a federal military installation within the exclusive jurisdiction of the United States, in the District of Kansas, TYLER A. ELDRIDGE did have physical custody of an animal and knowingly failed to provide such food, potable water, protection from the elements, opportunity for exercise and other care as is needed for the health or well-being of such kind of animal, in violation of Title 18, United States Code, Section 13 and K.S.A 21-6412(a)(3). **(Cruelty to animals) (Class A Misdemeanor)**

DUSTON J. SLINKARD
United States Attorney
District of Kansas

*/s/ Robin Graham*

ROBIN A. GRAHAM
Special Assistant U.S. Attorney


HOPE L. SALVUCCI
Special Assistant U.S. Attorney


BRITTANY V. SIMON
Special Assistant U.S. Attorney

The court has reviewed the documentation attached hereto, and finds probable cause for the issuance of a warrant or summons if required.

Filed     Mar 1, 2023
_____

_____
HON KENNETH G. GALE
U.S. Magistrate Judge